```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

THOMAS V. RYBURN #B0455,      )
                              )
            Plaintiff,        )
                              )
        v.                    )        10 C 7024
                              )
DON HULICK, et al.,           )
                              )
            Defendants.       )
```

<u>MEMORANDUM ORDER</u>

On October 28, 2010 Stateville Correctional Center ("Stateville") inmate thomas Ryburn ("Ryburn") filed two actions, respectively assigned Case No. 10 C 7024 and Case No. 10 C 7025. This Court dealt with each of them promptly by a November 2 memorandum order in Case No. 10 C 7025 and a November 3 memorandum in Case No. 10 C 7024. Ryburn has responded with a handwritten communication in each case, so that a follow-up by this Court is in order.

Because Ryburn tendered only a single In Forma Pauperis Application ("Application") and a single Motion for Appointment of Counsel ("Motion") in conjunction with his two simultaneously filed Complaints, the Clerk's Office's procedure required it to treat those submissions as relating to just one of the two cases -- in this instance Case No. 10 C 7025. But as the November 3 memorandum in this case reflected, this Court is prepared to treat both the Application and the Motion as applying to this case as well.

Regrettably, Ryburn has failed to conform to the November 3 memorandum's directive, focusing instead on what he views as the merits of his claim (a subject on which the memorandum made no comment). Because of his noncompliance with that directive, this Court will act as it had stated at the end of the November 2 memorandum: Both Ryburn's Complaint and this action are dismissed without prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Dated:    November 19, 2010