IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
THOMAS V. RYBURN #B60455,        )
                                 )
               Plaintiff,        )
                                 )
     v.                          )    No. 10 C 7024
                                 )
DON HULICK, et al.,              )
                                 )
               Defendant.        )
```

MEMORANDUM ORDER

On December 2, 2010 the Clerk's Office received a handwritten letter dated November 22 from Thomas Ryburn ("Ryburn") regarding this action, one of two that he had filed on the same date. In this case Ryburn asks for reinstatement of this action because he had in fact complied with this Court's directive to submit a proper printout showing transactions in his trust fund account.

That letter obviously crossed in the mails this Court's December 6 memorandum opinion and order ("Opinion") that acknowledged receipt of the trust fund statement (which had been delayed in transit), made the calculation called for by 28 U.S.C. §1915 and determined that this action would have been reinstated but for its substantive deficiency. Accordingly the Opinion left the prior dismissal in place, so that Ryburn's current request is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date:  December 8, 2010