IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS V. RYBURN #B60455,  )
                           )
            Plaintiff,     )
                           )
    v.                     )    No. 10 C 7024
                           )    (USCA No. 11-1260)
DON HULICK, et al.,        )
                           )
            Defendants.    )

## MEMORANDUM ORDER

This Court is most appreciative of our Court of Appeals' issuance of a March 7, 2011 memorandum order in response to this Court's February 23 inquiry as to the payment of fees by Thomas V. Ryburn ("Ryburn") following his accumulation of three "strikes" that have brought him within the purview of 28 U.S.C. §1915(g). Because the applicability of that statute remains this Court's view, it responds to Ryburn's February 22 "I.F.P. Supplement" and its attached trust fund account printout by holding that he is not entitled to claim in forma pauperis status. That being the case, this Court accordingly holds that Ryburn is not in a position to proceed with his appeal until he pays $455 in appellate filing fees. This is of course an issue that Ryburn may tender to the Court of Appeals for its determination.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 14, 2011